IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

GUILLERMO ACEVEDO & NORMA I FUSTER, PSC

        Debtor(s)

WIGBERTO LUGO MENDER

        Plaintiff(s)

PRADERAS DEL MAR, INC., ARMANDO SANCHEZ CRESPO, CORPORATION AB AND C, INSURANCE COMPANY X Y AND Z, JOHN DOE, JANE DOE, MARY DOE

        Defendant(s)

CASE NO. 09-10590 EAG

Chapter 7

ADVERSARY CASE NO. 11-00054

FILED & ENTERED ON
10/16/2012

OPINION AND ORDER

The plaintiff's Motion Requesting Order for Payment by Defendants of Attorney fees and expenses (docket #36), is granted in part and denied in part.

To the extent plaintiff's motion seeks to an order of garnishment to collect the judgment in the amount of $11,026.02, the request is granted.

To the extent that the motion seeks attorney's fees and costs relating to costs of execution of the judgment under 32 LPRA Ap. V, R. 51.10, the request is denied without prejudice for failure to comply with the requirements of that rule. The request for costs of execution of judgment is neither accompanied by a sworn statement of the plaintiff or the certification of the plaintiff's attorney. See Pinero Fernandez v. Martinez Santiago, 104 D.P.R. 587 (1976). Also, the request is premature, because R. 51.10 requires that the request be made within ten (10) days

of the judgment being collected in its entirety. Here, by its own admission, plaintiff has not yet been able to collect the judgment.

Plaintiff is to submit proposed forms of order and proposed forms of writs of garnishment within 21 days. Order due by 11/07/2012.

SO ORDERED.

San Juan, Puerto Rico, this 16 day of October, 2012.

Edward A Godoy
U.S. Bankruptcy Judge